UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| EDDIE OWENS #231437, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:01-cv-193 |
| | ) | |
| v. | ) | HON. RICHARD ALAN ENSLEN |
| | ) | |
| TINA MOORE, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff Eddie Owens, a prisoner incarcerated at the Baraga Maximum Correctional Facility (AMF), filed an appeal to the June 7, 2004, dismissal of this 42 U.S.C. § 1983 action. This is the third appeal filed by Plaintiff in this case. Plaintiff seeks leave to proceed *in forma pauperis*. As outlined in the Court's Opinion and Order denying him pauper status based on § 1915(g) in his first appeal, Plaintiff is barred from proceeding *in forma pauperis* on this appeal. Plaintiff has thirty days from the date of entry of this Order to pay the entire filing fee for appealing a civil action, which is $255.00, to the Clerk of this Court. Plaintiff's failure to comply with this Order may result in dismissal of this appeal without prejudice by the Sixth Circuit Court of Appeals. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed In Forma Pauperis on Appeal (Dkt. No. 226) is **DENIED**.

DATED in Kalamazoo, MI:
July 22, 2005

/s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
UNITED STATES DISTRICT JUDGE

**SEND REMITTANCES TO THE FOLLOWING ADDRESS**:

Clerk, U.S. District Court
229 Federal Building
202 W. Washington St.
Marquette, MI 49855

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**